1  **RICHARD A. BESHWATE, JR.  179782**
   **Attorney at Law**
2  **2014 Tulare Street, Suite 414**
   **Fresno, CA  93721**
3  **Telephone:  559.266.5000**
   **Facsimile: 559.266.0507**
4

5  Attorney for Defendant,JOSE LECHUGA

6

7

8                   IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,       )      CASE NUMBER:      1:08-cr-00145 AWI
                                   )
11              Plaintiff,         )
                                   )      STIPULATION AND ORDER FOR
12 v.                              )      MODIFYING CONDITIONS OF
                                   )      RELEASE
13 JOSE LECHUGA,                   )
                                   )
14              Defendant.         )
                                   )
15

16      IT IS HEREBY STIPULATED AND AGREED by defendant JOSE LECHUGA and his

17 Counsel Richard A. Beshwate, Jr.,  that the following modifications be made to the conditions of

18 release:

19      1.   The defendant shall refrain from ANY use of alcohol or any use or possession of a

20           narcotic drug or other controlled substance without a prescription by a licensed medical

21           practitioner.  However, medical marijuana, prescribed or not, may not be used;

22      2.   The defendant shall report any prescriptions to the Pretrial Services Officer within 48

23           hours of receipt;

24      3.   The defendant shall submit to drug and/or alcohol testing as directed by the Pretrial

25           Services Officer;

26      4.   The defendant shall participate in a program of medical or psychiatric treatment

27           including treatment for drug and/or alcohol dependency and and pay for costs as

28           approved by the Pretrial Services Officer

5. All other terms and conditions of release remain in full force and effect.

6. Pretrial Services is in agreement with the modification of conditions.

Respectfully submitted,

DATED: November 18, 2008         /s/   Richard A. Beshwate, Jr.

RICHARD A. BESHWATE, JR.
Attorney for Defendant,
JOSE LECHUGA

///

## ORDER

In accordance with the stipulation, IT IS HEREBY ORDERED that the above-listed modifications to the condition of release are to be effective immediately.

IT IS SO ORDERED.

Dated:   November 19, 2008              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE