**RICHARD A. BESHWATE, JR.  179782**
Attorney at Law
2014 Tulare Street, Suite 414
Fresno, CA  93721
Telephone:  559.266.5000
Facsimile: 559.266.0507

Attorney for Defendant, JOSE LECHUGA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER:    1:08-cr-00145 AWI |
| ) Plaintiff, ) | **AMENDED** |
| ) v. ) | STIPULATION AND ORDER FOR MODIFYING CONDITIONS OF |
| ) JOSE LECHUGA, ) | RELEASE |
| ) Defendant. ) | |

IT IS HEREBY STIPULATED between Assistant United States Attorney Karen Escobar and the defendant Jose Lechuga, by and through his attorney, that although AUSA Escobar objected to the defendant's release at the detention hearing, it is agreed that the following modifications be made to the defendant's conditions of release:

1. The defendant shall refrain from ANY use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner.  However, medical marijuana, prescribed or not, may not be used;

2. The defendant shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

3. The defendant shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer;

///

4. The defendant shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency and and pay for costs as approved by the Pretrial Services Officer

5. All other terms and conditions of release remain in full force and effect.

6. Pretrial Services is in agreement with the modification of conditions.

                                      Respectfully submitted,

DATED: November 24, 2008                 /s/   Richard A. Beshwate, Jr.

                                                RICHARD A. BESHWATE, JR.
Attorney for Defendant,
JOSE LECHUGA

///

DATED: November 24, 2008                 /s/  Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney

**Approved verbally by all parties on, November 24, 2008**

## ORDER

In accordance with the stipulation, IT IS HEREBY ORDERED that the above-listed modifications to the condition of release are to be effective immediately.

IT IS SO ORDERED.

**Dated:   December 1, 2008**                 /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE

U.S. v.JOSE LECHUGA, et al.
STIPULATION AND ORDER MODIFYING CONDITION S OF RELEASE
CASE NUMBER:  1:08-cr-00145 AWI    2