ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CRF-08:00145 |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND Order TO CONTINUE STATUS CONFERENCE** |
| JOSE MAGDELANO LECHUGA, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference presently calendared for February 17, 2009 be continued to March 9, 2009 at 9:00 a.m.

The requested continuance is necessitated by the unavailability of defense counsel for Jose Lechuga. Mr. Litman is out of the country on a prepaid vacation and is not scheduled to return until February 20, 2009.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: February 10, 2009          /s/Karen Escobar
                                  KAREN ESCOBAR
                                  Assistant United States Attorney
                                  **This was agreed to by Ms. Escobar via email on February 10, 2009**

1

1 | DATED: February 10, 2009 /s/ Erik Kersten
2 | ERIK KERSTEN
Attorney for Defendant
3 | MARTIN QUINONEZ LECHUGA
**This was agreed to by Mr. Kersten via telephone on February 10, 2009**
4 |

5 | DATED: February 10, 2009 /s/ Roger K. Litman
6 | ROGER K. LITMAN
Attorney for Defendant
7 | JOSE MAGDELANO LECHUGA

**ORDER**

IT IS SO ORDERED.

**Dated:   February 10, 2009**          /s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE