ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE MAGDELANO LECHUGA,<br><br>    Defendant.<br>_____ | CASE NO. CRF-08:00145<br><br>**ORDER EXCUSING PERSONAL PRESENCE OF DEFENDANT** |

    It is hereby ordered that defendant Jose Lechuga be excused from personal presence at the status hearing calendared for March 9, 2009.

    Mr. Lechuga is ordered to appear at all future hearing dates unless excused by written order of this Court.

IT IS SO ORDERED.

**Dated:   February 12, 2009**          /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE