ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE MAGDELANO LECHUGA,<br><br>    Defendant. | CASE NO. 1:08-cr-00145-AWI (002)<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that Pretrial Services is in agreement that defendant Jose Magdelano Lechuga's conditions of release pertaining to electronic monitoring be modified and that the following condition be adopted: The defendant shall participate in the CURFEW component of the home confinement program and abide by all the requirements of the program which will include electronic monitoring at his own expense. Mr. Lechuga is restricted to his residence everyday from 10:00 p.m. to 5:00 a.m. as directed by the Pretrial Services Officer.

All other terms and conditions of Mr. Lechuga's pretrial release, not in conflict, shall remain in full force and effect.

DATED: May 20, 2009        /s/Karen Escobar _____
                                      KAREN ESCOBAR
                                      Assistant United States Attorney
                                      **This was agreed to by Ms. Escobar via email on May 20, 2009**

1

| | | |
|---|---|---|
| DATED: May 20, 2009 | | /s/ Roger K. Litman |
| | | ROGER K. LITMAN |
| | | Attorney for Defendant |
| | | JOSE MAGDELANO LECHUGA |

IT IS SO ORDERED.

**Dated:   May 27, 2009**          **/s/ Sandra M. Snyder**
                                                      UNITED STATES MAGISTRATE JUDGE