LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:08-CR-145 AWI |
| Plaintiff, | ) |
| v. | ) |
| JOSE MAGDELANO LECHUGA, | ) ORDER DECLARING REVOCATION AND<br>) FORFEITURE OF BOND |
| Defendant, | ) |
| and | ) |
| JOSE M. LECHUGA and<br>LIZA LECHUGA, | ) |
| Sureties. | ) |

Having found that the defendant has violated the conditions of his release and in consideration of the government's ex parte motion for declaration of revocation and forfeiture of bond,

IT IS HEREBY ORDERED that the property bond posted on behalf of the above-named defendant is revoked and ordered forfeited.

The U.S. Attorney shall take all necessary steps to recover from defendant Jose Magdelano Lechuga, as Principal and Surety, and Liza Lechuga, as Surety, the total equity of the property bond posted herein, but not less than $180,000, plus interest from the

date of entry of the judgment at the current legal note until paid, plus costs of the Court.

IT IS SO ORDERED.

**Dated:     July 29, 2009**            **/s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE