JIM T. ELIA, 79995
ATTORNEY AT LAW
2300 TULARE STREET, SUITE 140
FRESNO, CALIFORNIA 93721

TELEPHONE: (559) 498-3600          FACSIMILE: (559) 498-6391

ATTORNEY FOR LIZA LECHUGA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>JOSE MAGDELANO LECHUGA,<br>　　　　Defendant,<br><br>and<br><br>JOSE M. LECHUGA<br>LIZA LECHUGA,<br>　　　　Sureties. | **CASE NO: 1:08-CR-145 AWI**<br><br>**ORDER SETTING ASIDE PREVIOUS ORDER OF FORFEITURE** |

The parties appeared for a hearing regarding reconsideration of the courts' order for forfeiture on September 8, 2009 in the Honorable Judge Anthony W. Ishii's courtroom.

The parties agreed the forfeiture should be set aside.

IT IS HEREBY ORDERED: that the forfeiture filed on July 30, 2009 is set aside.

IT IS SO ORDERED.

**Dated:   September 9, 2009**          　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE