ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>       Plaintiff,             )<br>                               )<br>  v.                           )<br>                               )<br> JOSE MAGDELANO LECHUGA,       )<br>                               )<br>       Defendant.              )<br> _____) | CASE NO.  CRF-08:00145<br><br>**ORDER<br>SEALING RECORDS** |

**IT IS HEREBY ORDERED** that Jose Magdelano Lechuga's Supplemental Discovery Motion be filed under seal, and that the document be scanned by the Clerk's Office into the sealed section of ECF, and the original be returned to counsel.

IT IS SO ORDERED.

**Dated:   April 12, 2010**               /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

1