ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JOSE MAGDELANO LECHUGA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOSE MAGDELANO LECHUGA,  )<br>  )<br>    Defendant.  )<br>_____ ) | CASE NO. 1:08-cr-00145 AWI<br><br>**ORDER GRANTING APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED.R.CRIM.P. 17(c)** |

Defendant, JOSE LECHUGA, by his Attorney Roger K. Litman, hereby moves as authorized by Federal Rules of Criminal Procedure, Rule 17(c), for authorization to issue a subpoena <u>duces</u> <u>tecum</u> to the Custodian of Records for the Fresno County Sheriff's Department, Court Services, Civil & Custody Support Bureau, 2200 Fresno Street, Fresno, California 93717, (559) 488-3720, for production of:

1) Any and all records relating to the incarceration of Joe Magdelano Lechuga, ID# 70100026, JID# 0938732, at the Fresno County Detention Facility from April 17, 2008 to June 12, 2008 and from August 25, 2009 to April 15, 2010, to include Mr. Lechuga's record of professional visits during the specified periods.

The information contained in said records is necessary to determine and establish the true facts relating to the violations alleged against Mr. Lechuga in the above-captioned criminal proceeding,

The Application For Subpoena Duces Tecum, filed by Mr. Lechuga **IS HEREBY GRANTED** authorizing issuance of a subpoena duces tecum pursuant to

Rule 17 (c) of the Federal Rules of Criminal Procedure to the Custodian of Records for the Fresno County Sheriff's Department, Court Services, Civil & Custody Support Bureau, 2200 Fresno Street, Fresno, California 93717, (559) 488-3720, for production of:

> 1) Any and all records relating to the inacrceration of Joe Magdelano Lechuga, ID# 70100026, JID# 0938732, at the Fresno County Detention Facility from April 17, 2008 to June 12, 2008 and from August 25, 2009 to April 15, 2010, to include Mr. Lechuga's record of professional visits during the specified periods.

IT IS SO ORDERED.

**Dated:   April 20, 2010**          _____/s/ Anthony W. Ishii_____
                                     CHIEF UNITED STATES DISTRICT JUDGE