ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOSE MAGDELANO LECHUGA,<br><br>   Defendant. | CASE NO.  1:08-cr-00145 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE DUE DATE FOR FILING OF MOTIONS** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the briefing schedule set by the court at the appearance of July 26, 2010 be modified as follows:

Defendant's moving papers to be filed by August 11, 2010 by 4:00 p.m.

Any Government opposition to be filed by August 25, 2010 at 4:00 p.m.

Any reply brief to be filed by August 30, 2010


DATED:  August 4, 2010          /s/Karen Escobar _____
                                KAREN ESCOBAR
                                Assistant United States Attorney
                                **This was agreed to by Ms. Escobar via email on August 4, 2010**


DATED:  August 4, 2010          /s/ Roger K. Litman _____
                                ROGER K. LITMAN
                                Attorney for Defendant
                                JOSE MAGDELANO LECHUGA

1

## **ORDER**

The matter remains set for hearing on September 13, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   August 5, 2010

CHIEF UNITED STATES DISTRICT JUDGE

2