3ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CRF-08:00145 |
|---|---|
| Plaintiff, | |
| v. | **ORDER SEALING MOTION TO DEPOSE UBALDO GARZA/OR FOR EVIDENTIARY HEARING** |
| JOSE MAGDELANO LECHUGA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Jose Magdelano Lechuga's Motion to Depose Ubaldo Garza, be filed under seal, and that the document be scanned by the Clerk's Office into the sealed section of ECF, and the original be returned to counsel.

Any opposition to Mr. Lechuga's Motion to Depose Officer Garza shall be filed under seal.

IT IS SO ORDERED.

Dated:   August 13, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

1