1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Ste. 112
Fresno, California 93720
3 Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4

5 Attorney for Defendant,
JOSE MAGDELANO LECHUGA
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   CASE NO. 1:09-cr-00334-AWI
                                     )   CASE NO. 1:08-cr-00145-AWI
12              Plaintiff,           )
                                     )
13  vs.                              )   STIPULATION TO RE-SET TIME OF
                                     )   STATUS CONFERENCE / MOTION
14  JOSE MAGDELANO LECHUGA,          )   HEARING
                                     )
15              Defendant.           )
                                     )
16  _____     )

17     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18 counsel KAREN ESCOBAR, Assistant United States Attorney, counsel for Plaintiff, and

19 CAROL ANN MOSES and ROGER LITMAN, Attorneys of Record for Defendant, JOSE

20 MAGDELANO LECHUGA, the Status Conference / Motion Hearing currently set for November

21 15, 2010 at 9:00 a.m. shall be held on November 15, 2010 at 1:30 p.m.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO RE-SET TIME OF
STATUS CONFERENCE / MOTION HEARING               1

1   This stipulation is being filed in Case #1:09-cr-00334-AWI and 1:08-cr-00145-AWI to
2   coordinate case management.

3   Dated: October 25, 2010                By: /s/ Carol Ann Moses
                                                CAROL ANN MOSES
4                                               Attorney for Defendant
                                                JOSE MAGDELANO LECHUGA
5

6   Dated: October 25, 2010                By: /s/ Roger K. Litman
                                                ROGER K. LITMAN
7                                               Attorney for Defendant
                                                JOSE MAGDELANO LECHUGA
8

9   Dated: October 25, 2010                By: /s/ Karen Escobar
                                                KAREN ESCOBAR
10                                              Assistant United States Attorney
                                                Attorney for Plaintiff

***ORDER***

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

1. The Status Conference / Motion Hearing scheduled for November 15, 2010 at 9:00 a.m. shall be held on November 15, 2010 at 1:30 p.m.

IT IS SO ORDERED.

Dated:    November 2, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO RE-SET TIME OF
STATUS CONFERENCE / MOTION HEARING            3