**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant,
JOSE MAGDELANO LECHUGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>vs.                           )<br>                              )<br>JOSE MAGDELANO LECHUGA,       )<br>                              )<br>           Defendant.         )<br>_____) | CASE NO. 1:09-cr-00334-AWI<br>CASE NO. 1:08-cr-00145-AWI<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE TO<br>MAY 31, 2011 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel KAREN ESCOBAR, Assistant United States Attorney, counsel for Plaintiff, and CAROL ANN MOSES, Attorney of Record for Defendant, JOSE MAGDELANO LECHUGA, the status conference currently set for May 9, 2011 at 9:00 a.m. shall be continued to May 31, 2011 at 9:00 a.m.  Defense counsel is recovering from shoulder surgery and is unable to drive.

Dated: May 2, 2011                    By: /s/ Carol Ann Moses
                                          CAROL ANN MOSES
                                          Attorney for Defendant
                                          JOSE MAGDELANO LECHUGA


Dated: May 2, 2011                    By: /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

//

//

1 ***ORDER***

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

1. The status conference scheduled for May 9, 2011 at 9:00 a.m. shall be continued to May 31, 2011 at 9:00 a.m.

2. Time is excluded through and including May 31, 2011 pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(iv) to allow counsel reasonable time necessary for effective preparation in light of counsel's temporary physical disability and for continuity of counsel.

IT IS SO ORDERED.

Dated:   May 4, 2011

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE
STATUS CONFERENCE                                 2