1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Ste. 112
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 449-9016

4

5  Attorney for Defendant,
   JOSE MAGDELANO LECHUGA

6

7

8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,          )     CASE NO. 1:09-cr-00334-AWI
                                      )     CASE NO. 1:08-cr-00145-AWI
13             Plaintiff,             )
                                      )
14 vs.                                )     STIPULATION TO CONTINUE
                                      )     STATUS CONFERENCE HEARING
15 JOSE MAGDELANO LECHUGA,            )     ORDER
                                      )
16             Defendant.             )     Date:  July 25, 2011
                                      )     Time:  9:00 A.M.
17 _____)     Judge: Hon. Anthony W. Ishii

18      **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

19 respective counsel KAREN ESCOBAR, Assistant United States Attorney, counsel for Plaintiff,

20 and CAROL ANN MOSES, Attorney of Record for Defendant, JOSE MAGDELANO

21 LECHUGA, the status conference currently set for May 31, 2011 at 9:00 a.m. shall be continued

22 to July 25, 2011 at 9:00 a.m.

23      Defense counsel has submitted a detailed FOIA request pertaining to the forfeiture of Mr.

24 Lechuga's vehicle.  It is anticipated that it will take weeks before these documents are received.

25 Once they are received, they must be reviewed with Mr. Lechuga.  These documents are

26 extremely important to Mr. Lechuga and Counsel anticipates that they may lead to a resolution of

27 this case.  Assistant United States Attorney Karen Escobar has no objection to this request.

28      The parties agree that the delay resulting from the continuance shall be excluded in the

   interests of justice, including but not limited to, the need for the period of time set forth herein

                                       1

1  for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

2

3  Dated:  May 26, 2011                    /s/ Carol Ann Moses
                                           CAROL ANN MOSES
4                                          Attorney for Defendant
                                           JOSE MAGDELANO LECHUGA
5

6                                          BENJAMIN B. WAGNER
                                           United States Attorney
7

8  DATED: May 26, 2011                     /s/ Karen A. Escobar
                                           KAREN A. ESCOBAR
9                                          Assistant United States Attorney
                                           Attorney for Plaintiff
10

11

12                              **ORDER**

13        **IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C.
   § 3161(h)(A) and (B).
14

15

16  IT IS SO ORDERED.

17  Dated:   May 26, 2011

18                                         CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28